Orville C. Hatch, Jr., appellee, v. E. and A. Opler, Inc., appellant. Gen. No. 36,282.

Opinion filed May 23, 1933.

Schwartz & Cooper, for appellant; Edward A. Cooper and Nathan M. Oppenheim, of counsel. Musgrave, Oppenheim, Price & Ewins, for appellee.

Mr. Justice Sullivan delivered the opinion of the court.